USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - x
                                  :

CEDRIC BISHOP, ~~ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED~~,

                      Plaintiffs,

                      v.

SHISEIDO AMERICAS CORPORATION,

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-7487

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), CEDRIC BISHOP, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, SHISEIDO AMERICAS CORPORATION, with prejudice and without fees and costs.

Dated: New York, New York
         November 27, 2024

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*

Michael A. LaBollita, Esq., (ML-9985)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Michael@Gottlieb.legal

*Attorneys for Plaintiffs*

Application GRANTED. The Clerk of Court is respectfully directed to strike the class action language from the caption.

                     12/2/2024

SO ORDERED.

_____
United States District Court Judge